# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN BURRS,<br><br>  *Plaintiff*,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>  *Defendants*. | Civil Action No. 22-512 (RDM) |

## ORDER

For the reasons stated in the Court's March 15, 2022 Minute Order, it is hereby

**ORDERED** that Plaintiff's complaint is **DISMISSED** and that judgment is hereby **ENTERED** in favor of Defendants.

This Order constitutes a final judgment of the Court within the meaning of Rule 58(a) of the Federal Rules of Civil Procedure. The Deputy Clerk of Court is directed to terminate the case.

  **SO ORDERED**.

            /s/ Randolph D. Moss
            RANDOLPH D. MOSS
            United States District Judge

Date: March 15, 2022